IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Chu, Jeanette | Case Number: 07 B 21128 |
| Chu, Eric | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 11/10/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 8, 2009
Confirmed: February 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,420.80 | |
| Secured: | | 375.03 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,837.51 |
| Trustee Fee: | | 208.26 |
| Other Funds: | | 0.00 |
| Totals: | 3,420.80 | 3,420.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,873.00 | 2,837.51 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 2,500.00 | 375.03 |
| 4. | EMC Mortgage Corporation | Secured | 39,250.88 | 0.00 |
| 5. | Capital One | Unsecured | 295.22 | 0.00 |
| 6. | Capital One | Unsecured | 720.88 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 849.32 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 88.45 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 786.50 | 0.00 |
| 10. | Triad Financial Services | Unsecured | 17,220.82 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 820.68 | 0.00 |
| | | | $ 65,405.75 | $ 3,212.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 69.21 |
| 6.5% | 139.05 |
| | $ 208.26 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chu, Jeanette  
Chu, Eric  
Printed: 02/24/09

Case Number: 07 B 21128  
Judge: Wedoff, Eugene R  
Filed: 11/10/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*